# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALBERTO CARLOS ZARAGOZA-
OCHOA,

Defendant.

Case No. 1-16-cr-00279-BLW-1

**REPORT AND
RECOMMENDATION**

On May 9, 2017, Defendant ALBERTO CARLOS ZARAGOZA-OCHOA

appeared before the undersigned United States Magistrate Judge to enter a change of plea

pursuant to a written plea agreement. The Defendant executed a waiver of the right to

have the presiding United States District Judge take his change of plea. Thereafter, the

Court explained to the Defendant the nature of the charges contained in the applicable

Indictment (Dkt. 12), the maximum penalties applicable, his Constitutional rights, the

impact that the Sentencing Guidelines will have, and that the District Judge will not be

bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of

the Defendant, counsel, and the government, finds that there is a factual basis for the

Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the

consequences, and that the plea should be accepted. The undersigned also ordered a pre-

sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant ALBERTO CARLOS ZARAGOZA-OCHOA's plea of guilty to Count One of the Indictment (Dkt. 12),

2) The District Court order forfeiture consistent with Defendant ALBERTO CARLOS ZARAGOZA-OCHOA's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 12) and the Plea Agreement

3) The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Count 2 of the Indictment (Dkt. 12) as to Defendant.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: May 9, 2017

_____
CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE